**Opinion issued August 20, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-19-00101-CV

_____

## IN THE COMMITMENT OF RICHARD A. DUNSMORE, Appellant

---

### On Appeal from the 412th Judicial District Court
### Brazoria County, Texas
### Trial Court Case No. 84023-CV

---

### MEMORANDUM OPINION

Richard A. Dunsmore filed a notice of appeal on February 11, 2019, seeking review of the trial court's Biennial Review Order of November 20, 2018. We dismiss the appeal.

Dunsmore was declared a vexatious litigant and is the subject of a pre-filing order signed on December 12, 2018 in *In re Commitment of Richard A. Dunsmore*,

Cause No. 84023-CV in the 412th District Court of Brazoria County, Texas. *See* Office of Court Administration List of Vexatious Litigants Subject to Pre-Filing Orders under Section 11.101, Civil Practice and Remedies Code, *available at* https://www.txcourts.gov/media/1443162/richard-dunsmore.pdf) (last viewed on June 11, 2019; *see also* TEX. CIV. PRAC. & REM. CODE § 11.104(b) (requiring office of court administration to maintain list and post list of vexatious litigants on agency's website); *Douglas v. Am. Title Co.*, 196 S.W.3d 876, 878 n.2 (Tex. App.—Houston [1st Dist.] 2006, no pet.) (taking judicial notice of Harris County record of vexatious litigants).

The Clerk of this Court may not file an appeal presented by a vexatious litigant subject to a pre-filing order unless the litigant first obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order designating the person a vexatious litigant. *See* TEX. CIV. PRAC. & REM. CODE § 11.103(a). Dunsmore is not appealing from a pre-filing order designating him a vexatious litigant. *See id.* at § 11.103(d). The record contains no permission to appeal signed by the local administrative judge.

The Court issued a notice to Dunsmore on June 13, 2019, that his appeal might be dismissed unless he filed proof that he had previously obtained an order from the local administrative judge permitting the filing of this appeal. No response was filed.

Accordingly, we dismiss this appeal for want of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Countiss.